PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Justin D. Spry            Cr.: 21-00260-001
                                                                                                 PACTS #: 6610801

Name of Sentencing Judicial Officer:     THE HONORABLE BRIAN R. MARTINOTTI
                                                             UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/21/2021

Original Offense:     Count 1: Attempting to Obstruct, Impede, or Interfere with Law Enforcement Officers During a Civil Disorder, 18 U.S.C. § 231(A)(3), a Class D Felony

Original Sentence: 24 months imprisonment, 3 years supervised release

Special Conditions: Special Assessment – $100, Alcohol/Drug Testing and Treatment, Mental Health Treatment, Life Skills Counseling

Type of Supervision: Supervised Release                    Date Supervision Commenced: 03/27/2023

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The individual under supervision has violated the special supervision condition which states **'You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.'** |
| | During a home visit on September 25, 2024, Mr. Spry submitted a mandatory urinalysis which yielded positive results for THC. Mr. Spry admitted use and signed an Admission of Drug Use form for marijuana and advised he last smoked marijuana on September 24, 2024. |

Prob 12A – page 2
Justin D. Spry

U.S. Probation Officer Action:

The undersigned officer addressed the positive urinalysis results with Mr. Spry who advised he smokes marijuana for mental health reasons after being diagnosed with chronic depression and anxiety. Additionally, Mr. Spry advised he smokes marijuana to alleviate back pain he has been struggling with for the past 5 years. Mr. Spry is actively attending mental health treatment and advised his therapist is aware of his marijuana use. The undersigned officer will continue to maintain contact with his therapist to ensure compliance. Mr. Spry advised he has started the application for a medical marijuana card. The undersigned officer advised Mr. Spry that smoking marijuana is illegal federally and the Probation Office is unable to support his application. Mr. Spry advised he will stop smoking marijuana. Mr. Spry was informed that the noncompliance would be reported to the Court. We are respectfully requesting no action be taken by the Court, as the undersigned officer will increase drug testing and will update Your Honor as needed if additional noncompliance should occur. The undersigned officer requests that this document serve as an official judicial reprimand of Mr. Spry.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:  ALEXA D. GUILLEN
U.S. Probation Officer

/ adg
APPROVED:

10/3/2024

STEVEN ALFREY                    Date
Supervising U.S. Probation Officer

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

s/ Brian R. Martinotti
Signature of Judicial Officer

October 3, 2024
Date