PROB 12A
(10/24)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Justin D. Spry　　　　　　　　Cr.: 21-00260-001
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PACTS #: 6610801

Name of Sentencing Judicial Officer:　THE HONORABLE BRIAN R. MARTINOTTI
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/21/2021

Original Offense:　Count 1: Attempting to Obstruct, Impede, or Interfere with Law Enforcement Officers During a Civil Disorder, 18 U.S.C. § 231(A)(3), a Class D Felony

Original Sentence: 24 months imprisonment, 3 years supervised release

Special Conditions: Special Assessment – $100, Alcohol/Drug Testing and Treatment, Mental Health Treatment, Life Skills Counseling

Type of Supervision: Supervised Release　　　　　　　Date Supervision Commenced: 03/27/2023

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The individual under supervision has violated the mandatory supervision condition which states **'While on supervised release, you must not commit another federal, state, or local crime, must refrain from any unlawful use of a controlled substance and must comply with the mandatory and standard conditions that have been adopted by this court as set forth below.'** |

On May 3, 2025, South Plainfield Police Department responded to a 9-1-1 call regarding Mr. Spry being asleep in the front seat of his vehicle. The vehicle was parked but still running. South Plainfield police officers attempted to wake Mr. Spry by banging loudly on the driver's side window. Once awaken, Mr. Spry was ordered to turn off the vehicle and complied. While attempting to wake up Mr. Spry, the police officer observed a marijuana grinder in the center console of the vehicle. As Mr. Spry exited the vehicle, he was observed moving slowly and a strong odor of an alcoholic beverage. Per the police report, when asked if he had any alcoholic beverages, Mr. Spry stated he drank two beers. Mr. Spry went through a series of Standard Field Sobriety Tests to determine his level of sobriety. Mr. Spry was arrested and provided breath samples at the police headquarters, which resulted in a blood and alcohol percentage of 0.181%. Mr. Spry was released and provided with a summons advising of his court date.

Mr. Spry is scheduled to appear in the South Plainfield Municipal Court on October 31, 2025, for Operating Under Influence of Liquor or Drugs, under case

Prob 12A – page 2
Justin D. Spry

number E25-3803-1222, and Reckless Driving, under case number E25-3804-1222.

U.S. Probation Officer Action:

The undersigned officer questioned Mr. Spry about the arrest, and he advised he hired a private attorney to dispute the charges. Mr. Spry advised he was sitting in his car which was parked in front of his house, using the air conditioning due to the hot weather that day. Mr. Spry advised he fell asleep and was woken up by the South Plainfield police officers. Mr. Spry denied being under the influence of any substances or alcohol, and advised he knew one officer from high school and the other officer was his ex-girlfriend's aunt. Mr. Spry advised the arrest felt targeted. Mr. Spry is actively attending mental health treatment, and the undersigned officer will continue to discuss treatment plans with his counselor. We are respectfully requesting no action be taken by the Court, as the undersigned officer will increase drug testing and monitor the above-mentioned charge and will update Your Honor as needed if additional noncompliance should occur. The undersigned officer requests that this document serve as an official judicial reprimand of Mr. Spry.

Respectfully submitted,

JOSEPH A. DaGROSSA, Chief
U.S. Probation Officer

By:  ALEXA D. GUILLEN
U.S. Probation Officer

/ adg
APPROVED:

_____   10/3/2025
STEVEN ALFREY            Date
Supervising U.S. Probation Officer

Please check a box below to indicate the Court's direction regarding action to be taken in this case:

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

10/06/2025
_____
Date